UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                                                   Crim. No. 06-81 (JNE/RLE)
                                                                      ORDER
Larry Eugene Burrell (1) and
Tameika Lalonie Brown (2),

      Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, on May 10, 2006. The Magistrate Judge recommended that several motions to suppress be denied. Larry Burrell and Tameika Brown objected to the Report and Recommendation. Based on a de novo review of the record, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Burrell's Motion to Suppress Statements Obtained by Custodial Interrogation [Docket No. 46] is DENIED.

2.     Brown's Motion to Suppress Statements [Docket No. 29] is DENIED.

3.     Burrell's Motion to Suppress Evidence Obtained by Search and Seizure [Docket No. 44] is DENIED.

4.     Brown's Motion to Suppress Evidence Obtained by Search and Seizure [Docket No. 30] is DENIED.

Dated: June 19, 2006

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge